UNIVERSAL TALKING MACHINE MANUFACTURING COM-PANY, Appellant, *v.* MAX LANDAY et al., Formerly Composing the Firm of LANDAY BROS., Respondents.

*Universal Talking Machine Mfg. Co.* v. *Landay*, 150 App. Div. 928, affirmed.
(Submitted February 4, 1914; decided February 24, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 8, 1912, affirming a judgment in favor of defendants entered upon a verdict in an action to recover for goods alleged to have been sold and delivered by plaintiff to the defendants.

*Gustav Lange, Jr.*, for appellant.

*Benjamin F. Feiner* and *Ira Skutch* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HIS-COCK, COLLIN, CUDDEBACK and HOGAN, JJ. Not sitting: MILLER, J.